# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

November 13, 2006

Before

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** MICHAEL S. KANNE, Circuit Judge

**Hon.** TERENCE T. EVANS, Circuit Judge

| | |
|---|---|
| DANIEL WALLACE,<br>    *Plaintiff-Appellant,*<br><br>**No.**  06-2454              v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION;<br>RED HAT, INC.; and NOVELL, INC.,<br>    *Defendants-Appellees.* | Appeal from the United<br>States District Court for the<br>Southern District of Indiana,<br>Indianapolis Division.<br><br>No. 1:05-cv-678 RLY-VSS<br>Richard L. Young, *Judge.* |

## Order

The slip opinion of this court issued on November 9, 2006, is amended as follows:

Page 2, first full paragraph, line 4, change "Unix®" to "UNIX®";

Page 3, first full paragraph, line 7, change "Williams" to "Wallace".